IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,

    vs.                                    Civil No.  3:11CV00897-DRH

Barringer Brothers Roofing, Inc.,

    Defendant.

## ORDER and DEFAULT JUDGMENT

    The Clerk of Court having properly made an entry of default under Federal Rule of Civil Procedure 55(a), and plaintiff's counsel having filed the appropriate pleading and supporting affidavit, the Court hereby **GRANTS** the plaintiff's motion for default judgment under Rule 55(b) (Doc. 9).  Further, the Court enters judgment in favor of plaintiff, United States of America, and against defendant, Barringer Brothers Roofing, Inc., in the amount of **$20,298.56**, plus court costs in the amount of **$350.00** pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest.  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. ' 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

    **IT IS SO ORDERED.**

    DATED  this 15th day of March, 2012.

David R. Herndon
2012.03.15
12:51:54 -05'00'

**Chief Judge**
**United States District Court**